IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00146-LTB

MICHAEL FISHER,

    Applicant,

v.

TOM CLEMENTS, Exec Director Colorado Dept of Corrections,
JOHN DAVIS, Warden, Buena Vista Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## ORDER REINSTATING CASE

    Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on August 27, 2014, this civil action will be reinstated. Accordingly, it is

    ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on August 27, 2014. It is

    FURTHER ORDERED that the case shall be reassigned to the pro se docket.

    DATED at Denver, Colorado, this  29th  day of  August , 2014.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            LEWIS T. BABCOCK, Senior Judge
                            United States District Court