**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00146-REB

MICHAEL FISHER,

    Applicant,

v.

RICK RAEMISCH, Exec. Director Colorado Dept of Corrections,
JOHN DAVIS, Warden, Buena Vista Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## ORDER TO SUPPLEMENT STATE COURT RECORD

**Blackburn, J.**

    The matter is before me *sua sponte* to determine the status of the production of the state court record. I enter supplemental orders.

    On September 4, 2014, former Magistrate Judge Boyd N. Boland ordered the Respondents to file, within thirty days, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Adams County District Court **Case No. 96CR1640**, including*, inter alia*, all documents in the state court file and all transcripts of proceedings conducted in the state court.

    On October 2, 2014, the clerk of the District Court of Adams County, Colorado, submitted to this court a large envelope containing all of the exhibits in the state criminal case. [# 25].[1]  However, this Court has not yet received copies of the state court file, or

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

copies of all hearing and trial transcripts, as requested in the September 4, 2014 Order.

**THEREFORE IT IS ORDERED** as follows:

1. That **within twenty-one (21) days**, Respondents shall submit to this Court copies of the state court file, along with transcripts of all hearings and trials conducted in Case No. 96CR1640 in the District Court of Adams County, Colorado; and

2. That the Clerk of this Court shall provide copies of this order to the following:

(1)  Clerk of the Court
     Adams County District Court
     1100 Judicial Drive
     Brighton, Colorado 80601; Clerk of the Court; and

(2)  Court Services Manager
     State Court Administrator's Office
     1300 Broadway
     Denver, Colorado  80203.

Dated July 27, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge