**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00146-REB

MICHAEL FISHER,

     Petitioner,

v.

RICK RAEMISCH, Exec Director Colorado Dept of Corrections,
JOHN DAVIS, Warden, Buena Vista Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Application for a Writ of Habeas Corpus [#36] of Judge Robert E. Blackburn entered on August 26, 2015 it is

ORDERED that the Application for a Writ of Habeas Corpus 2254 [# 1], filed on January 22, 2013, by Applicant, Michael Fisher, is DENIED; it is further

ORDERED that this case is DISMISSED WITH PREJUDICE; it is further

ORDERED that a certificate of appealability SHALL NOT ISSUE under 28 U.S.C. § 2253(c); and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated at Denver, Colorado this 26th day of August, 2015.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

    K. Finney
    Deputy Clerk